**RECEIVED**
IN ALEXANDRIA, LA.

JAN 1 1 2013

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| GERALD D. THIBODEAUX | DOCKET NO. 11-CV-2135; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| PAT THOMAS, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(b).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 11th day of January, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT